UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN F. DAVIS,

    Plaintiff,

v.                                             Case No. 17-10030
                                             Hon. Linda V. Parker

ENERSON LAW LLC., et al

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff was ordered to Show Cause in writing by April 17, 2017 why the above-entitled case should not be dismissed for failure to prosecute, pursuant to Rule 41.2, Local Rules, United States District Court for the Eastern District of Michigan. To date, no response has been filed by the Plaintiff. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.

                                           S/ Linda V. Parker
                                           LINDA V. PARKER
                                           U.S. DISTRICT JUDGE

Dated: April 24, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 24, 2017, by electronic and/or U.S. First Class

mail.

                                                <u>S/ Richard Loury</u>
                                                Case Manager

4:17-cv-10030-LVP-DRG   Doc # 5   Filed 04/24/17   Pg 2 of 2   Pg ID 45